AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| Luxottica Group S.p.A., an Italian corporation | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | Civil Action No. 6:16-CV-729-ORL-18-TBS |
| v. | ) ) | |
| EZ Pawn Florida, Inc., a Delaware corporation d/b/a Value Pawn & Jewelry | ) ) ) | |
| _Defendant(s)_ | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   EZ Pawn Florida, Inc. d/b/a Value Pawn & Jewelry
c/o CT Corporation System
1200 S. Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David B. Rosemberg, P.L.
Broad and Cassel
2 S. Biscayne Blvd., 21st Floor
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: 04/29/2016

_____
_Signature of Clerk or Deputy Clerk_